**Order filed September 13, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00629-CV
_____

### MARTIN NORRIS, Appellant

### V.

### DARYL OSTRANDER AND/OR 1406 ROCK CLIFF ROAD, AUSTIN, TEXAS, Appellees

**On Appeal from County Court at Law No. 1
Travis County, Texas
Trial Court Cause No. C-1-CV-17-006563**

## O R D E R

Appellant's brief was due September 7, 2018. No brief or motion for extension of time has been filed.

If appellant does not file a brief with this court by **October 8, 2018**, the court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM